```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

AMY GRAVES,                         )
                                    )
       Plaintiff,              )   Case No. 3:11-1174
                                    )   Judge Nixon
  v.                                )
                                    )
HTI MEMORIAL HOSPITAL               )
CORPORATION,                        )
                                    )
       Defendant.              )

## O R D E R

I hereby **RECUSE** myself of this matter.

It is so **ORDERED**.

                                                  s/ John S. Bryant
                                                  JOHN S. BRYANT
                                                  United States Magistrate Judge